(No. 6106

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed January 11, 1972.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.